# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 11-mj-01076-BNB |
| MATAVIUS J. JOHNSON | Scott Varholak<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13 assimilating Code of Virginia, 1950 as amended, Section 46.2-301 | Driving Under Suspension | May 1, 2007 | 1 |

Defendant is sentenced to time served.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $0.00 | $0.00 |

10/25/2011
Date of Imposition of Judgment

s/Kristen L. Mix
Signature of Judicial Officer

Kristen L. Mix, United States Magistrate Judge
Name & Title of Judicial Officer

10/27/2011
Date